# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

John P. Sivick,                :
            Petitioner         :
                             :
            v.                  :
                             :
State Ethics Commission,      :     No. 252 C.D. 2018
           Respondent    :

## O R D E R

AND NOW, this 6th day of February, 2018 it is ORDERED that the above-captioned opinion filed January 3, 2019, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge